[No. 44734-3-I.  Division One.  January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUMANNE ASLAI MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-04621-6, Norma Smith Huggins, J., entered May 28, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Grosse, J.

[No. 18754-3-III.  Division Three.  January 30, 2001.]

*In the Matter of* AMBER ANN SWYERS.
THOMAS C. SWYERS, *Respondent*, v. CHRISTINE K. HALLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93-5-00905-0, Royce Moe, J. Pro Tem., entered September 7, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18438-2-III.  Division Three.  February 1, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN M. NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00325-9, Robert L. Zagelow, J., entered May 3, 1999. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.